UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

ROBERT FUGATE, *pro se,*

    Plaintiff,

v.                            Case No. 8:09-cv-2601-T-30TGW

EDISON CHOUEST OFFSHORE, et al.,

    Defendants.
_____/

## ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. A review of the file indicates that the required filing fee has not been paid in this case. It is therefore

**ORDERED AND ADJUDGED** as follows:

1. This cause is dismissed without prejudice for failure to pay the required filing fee.

2. Any pending motions are denied as moot.

3. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida on April 28, 2010.

JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

F:\Docs\2009\09-cv-2601.dismissal.wpd